IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Deborah L. TAYLOR ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 17-00091-WHR-SLO |

## ORDER EXTENDING DEADLINES

AND NOW, on this _6th_ day of _February_, 2018, for good cause shown, IT IS HEREBY ORDERED that the Joint Motion to Extend Deadlines is hereby GRANTED. All deadlines set forth in the Scheduling Order of September 19, 2017 are extended by forty-five (45) days. This Extension does not implicate the upcoming Trial Date of July 9, 2018.

_[signature]_
Walter H. Rice
United States District Judge